Printed on: 01/14/2017  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2016 to 12/31/2016  
**Case Number: 12-22409 (ABA)**

Dennis A. Saunders, Jr.  
5023 Lexington Avenue  
Pennsauken, NJ  08109

Monthly Payment: $242.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/06/2016 | $242.00 | 02/16/2016 | $242.00 | 03/07/2016 | $242.00 | 04/18/2016 | $242.00 |
| 05/16/2016 | $242.00 | 07/05/2016 | $484.00 | 09/02/2016 | $484.00 | 11/02/2016 | $484.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DENNIS A. SAUNDERS, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | KIMBERLY A. WILSON, ESQUIRE | 13 | $2,000.00 | $2,000.00 | $0.00 | $0.00 |
| 1 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | MIDFIRST BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS | 33 | $669.60 | $266.73 | $402.87 | $113.26 |
| 4 | BILL ME LATER, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | MAIN STREET ACQUISITION CORPORATION | 33 | $3,785.74 | $1,508.02 | $2,277.72 | $640.30 |
| 6 | Citi Cards | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK, N.A. | 24 | $280.39 | $280.39 | $0.00 | $0.00 |
| 8 | CITIBANK, N.A. | 24 | $432.62 | $432.62 | $0.00 | $0.00 |
| 9 | DISCOVER BANK | 33 | $8,629.54 | $3,437.55 | $5,191.99 | $1,459.62 |
| 10 | EDNA C. SAUNDERS | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | FERRY & NICHOLAS INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | FIRST SOURCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | FREDERICK J. HANNA & ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDLAND CREDIT MANAGEMENT, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | MIDLAND FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MIDFIRST BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | NCO FINANCIAL SYSTEMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | Northland Group Inc | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PRESSLER & PRESSLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | AMERICAN EXPRESS | 33 | $5,469.10 | $2,178.59 | $3,290.51 | $925.05 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 01/01/2013 | 3.00 | $0.00 |
| 04/01/2013 | Paid to Date | $690.00 |
| 05/01/2013 | 56.00 | $242.00 |
| 01/01/2018 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,662.00 |
| Total paid to creditors this period: | $3,138.23 |
| Undistributed Funds on Hand: | $446.26 |
| Arrearages: | $254.00 |
| Attorney: | KIMBERLY A. WILSON, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**